MJC:lml 31222 \pleading\31222DismStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA JORDAN PEREZ | : | |
| | : | |
| V. | : | C.A. No. 07-215S |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**DISMISSAL STIPULATION**

The plaintiff's claims, in the above captioned matter, are hereby dismissed with prejudice, no interest, no costs, no fees.

/s/John T. Longo, Esq. #4928
**Attorney for Plaintiff**
681 Smith Street
Providence, RI 02908
PHONE: (401) 272-2177
FAX: (401) 274-5433

/s/Michael J. Colucci, Esq. #3302
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: August 6, 2007